NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3075

### EARL T. BARNETT

Petitioner,

v.

### MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in PH315H080391-I-1.

## ON MOTION

## O R D E R

Earl T. Barnett moves for an extension of time to file his brief. The court considers whether to vacate its March 10, 2009 order dismissing Barnett's petition for review for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted. The March 10 dismissal order will be vacated, the mandate will be recalled, and the petition for review will be reinstated if Barnett files his brief within 30 days of the date of filing of this order.

FOR THE COURT

MAR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Earl T. Bennett
     Bernard E. Doyle, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 0 2009

JAN HORBALY
CLERK